# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Scitor Corporation | ) ASBCA No. 61438 |
| | ) |
| Under Contract No. FA2517-05-D-9001 | ) |

APPEARANCE FOR THE APPELLANT:      Lawrence E. Ruggiero, Esq.
                                                     Assistant General Counsel

APPEARANCES FOR THE GOVERNMENT:      E. Michael Chiaparas, Esq.
                                                     DCMA Chief Trial Attorney
                                                     Samuel W. Morris, Esq.
                                                     Trial Attorney
                                                     Defense Contract Management Agency
                                                         Chantilly, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: June 1, 2018

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

     I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61438, Appeal of Scitor Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Scitor Corporation ) ASBCA No. 61438
)
Under Contract No. FA2517-05-D-9001 )

APPEARANCE FOR THE APPELLANT: Lawrence E. Ruggiero, Esq.
  Assistant General Counsel

APPEARANCES FOR THE GOVERNMENT: E. Michael Chiaparas, Esq.
  DCMA Chief Trial Attorney
  Samuel W. Morris, Esq.
  Trial Attorney
  Defense Contract Management Agency
  Chantilly, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: June 1, 2018

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61438, Appeal of Scitor Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals